

# Service of Process Transmittal
07/27/2021
CT Log Number 539975185

| | |
|---|---|
| **TO:** | Kim Lundy- Email<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | Process Served in New York |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Gogia Nino, Pltf. vs. Walmart Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Verified Complaint, Verification(s), Attachment(s) |
| **COURT/AGENCY:** | Kings County Supreme Court, NY<br>Case # 5170242021 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 04/12/2021, 77 Green Acres Road South, Valley Stream, NY 11581. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, New York, NY |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/27/2021 at 10:53 |
| **JURISDICTION SERVED :** | New York |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Steven Shakhnevich<br>Shaknevich Law Group, P.C.<br>1733 Sheepshead Bay Road<br>Ste 45<br>Brooklyn, NY 11235<br>347-308-7000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 07/28/2021, Expected Purge Date: 08/02/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**  Tue, Jul 27, 2021

**Server Name:**  Pedro J Rodriguez

| Entity Served | WALMART INC. |
|---|---|
| Case Number | 517024/2021 |
| Jurisdiction | NY |



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------x
NINO GOGIA,

                     Plaintiff/Petitioner,

      - against -                                  Index No. 517024/2021

WALMART INC.,

                     Defendant/Respondent.
------------------------------------------------------------x

## NOTICE REGARDING AVAILABILITY OF ELECTRONIC FILING
## SUPREME COURT CASES

      PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as allowed by CPLR § 2111 and Uniform Rule § 202.5-b (consensual electronic filing). This notice is being served as required by that rule.

      NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

      Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

      The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

      1) **Parties represented by an attorney:** An attorney representing a party who is served with this Notice must promptly either consent or decline consent to electronic filing and service through NYSCEF for this case. Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile. Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

      2) **Parties not represented by an attorney: Unrepresented litigants are exempt from e-filing. They can serve and file all documents in paper form and must be served with all documents in paper form.** However, an unrepresented litigant may consent to participate in e-filing.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efile-unrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: July 19, 2021



_____
Signature

Steven Shakhnevich, Esq.
_____
Name

Shakhnevich Law Group, PC
_____
Firm Name

1733 Sheepshead Bay Road, Suite 45
_____
Address

Brooklyn, NY 11235

347-308-7000
_____
Phone

Info@accidentaward.com
_____
E-Mail

To: WALMART INC.

C T CORPORATION SYSTEM

28 Liberty Street

New York, NY 10005

9/3/15

Index No. 517024/2021        Page 2 of 2        EF-3

FILED: KINGS COUNTY CLERK 07/12/2021 10:06 AM                INDEX NO. 517024/2021
NYSCEF DOC. NO. 1                                            RECEIVED NYSCEF: 07/12/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------X
NINO GOGIA,

                           **Plaintiff(s),**

      - against -


WALMART INC.,

                           **Defendant(s)**
---------------------------------------------------------------X

Index No.:
Date Filed:
Plaintiff designates Kings
County as place of trial

**SUMMONS**
Basis of Venue is:
Plaintiff's Place of Residence:

Plaintiff's Place of Residence:
1900 Avenue W, Apt. 5B
Brooklyn, NY 11229

To the above named Defendant(s)

                      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiffs' Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Brooklyn, New York
          July 12, 2021

                                          Yours etc.,

                                          STEVEN SHAKHNEVICH, ESQ.
                                          SHAKHNEVICH LAW GROUP. P.C.
                                          *Attorneys for Plaintiff*
                                          1733 Sheepshead Bay Road, Ste 45
                                          Brooklyn, NY 11235
                                          (347) 308-7000
                                          (347) 308-5252– fax
                                          Info@accidentaward.com

Defendant's Addresses:

WALMART INC.
C T Corporation System
28 Liberty Street
New York, NY 10005

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------x
NINO GOGIA,

                                Plaintiff(s),

        - against -

WALMART INC.,

                               Defendant(s)
---------------------------------------------------------------x

Index No.:

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys, SHAKHNEVICH LAW GROUP, P.C., complaining of the defendant, respectfully allege as follows:

## PARTIES

1. At all times hereafter mentioned, plaintiff, NINO GOGIA, was and still is a resident of the County of Kings, State of New York.

2. At all times hereinafter mentioned, the defendant, WALMART INC., was and still is a domestic organization duly authorized and existing under and by virtue of the law of the State of New York.

## AS AND FOR THE FIRST CAUSE OF ACTION

3. Plaintiff repeats, reiterates, and realleges each and every and all of the allegations contained in the paragraphs of this complaint marked and designated "1" through "2", inclusive, with the same force and effect as if hereinafter set forth at length.

4. Upon information and belief, at all times herein mentioned, the defendant, WALMART INC., were and still are the owners of a premises known as 77 Green Acres Road South, Valley Stream, NY 11581 (hereinafter referred to as the "PLACE OF OCCURRENCE")

5. Upon information and belief, at all times hereinafter mentioned, the defendant, WALMART INC., by its agents, servants and/or employees operated the PLACE OF OCCURRENCE.

6. Upon information and belief, at all times hereinafter mentioned, the defendant, WALMART INC., by its agents, servants and/or employees managed the PLACE OF OCCURRENCE.

7. Upon information and belief, at all times hereinafter mentioned, the defendant, WALMART INC., by its agents, servants and/or employees controlled the PLACE OF OCCURRENCE.

8. Upon information and belief, at all times hereinafter mentioned, the defendant, WALMART INC., by its agents, servants and/or employees maintained the PLACE OF OCCURRENCE.

9. That it was the duty of the aforementioned, the defendant, WALMART INC., its agents, servants and/or employees to keep the said PLACE OF OCCURENCE in a reasonably safe condition.

10. That on April 12, 2021, while the plaintiff, NINO GOGIA, was rightfully and lawfully traversing inside the aforementioned PLACE OF OCCURRENCE and more particularly inside the restroom of Walmart Supercenter, she was caused to trip/slip and fall due to a presence of slippery, dangerous, hazardous, uneven, unlit, unmarked, concealed, broken, hidden, depressed, cracked, raised, structurally defective and misaligned condition, sustaining severe and permanent personal injuries.

11. That the aforementioned occurrence was caused solely and wholly due to the negligence and carelessness of the defendant, WALMART INC., in causing said PLACE OF

OCCURRENCE to be, become and remain, slippery, dangerous, hazardous, uneven, unlit, unmarked, concealed, broken, hidden, depressed, cracked, raised, structurally defective and misaligned; in allowing said PLACE OF OCCURRENCE to remain in such dangerous, hazardous, defective and trap-like condition so as to form a trap and menace to the individuals lawfully traversing thereat; in allowing said area to remain in the said of disrepair; in failing to repair the area; in failing to prevent individuals from traversing thereat; in failing to erect barricades around the area; in failing to post warning signs; in failing to inspect the area; in violating its duties to the general public and the plaintiff, NINO GOGIA in particular; in causing and creating the existence of said dangerous and hazardous condition; in failing to comply with the laws, rules, ordinances, statutes and codes of the City of New York and the State of New York there and then in effect; in allowing the condition to exist for a considerable length of time prior to the accident, defendant, its agents, servants and/or employees knew or should have known that such a hazardous condition would cause individuals to be injured; in failing to repair, rectify and/or otherwise correct or remedy the aforesaid dangerous and defective condition although defendant had due notice and knowledge of the condition; in failing to use that degree of care which a prudent person would in like circumstances; and in being otherwise negligent, all of which were the direct and proximate cause of the injuries sustained by plaintiff, NINO GOGIA.

12. The defendant, its agents, servants and/or employees had due notice of the aforementioned dangerous condition and by reasonable care and inspection, the occurrence could have been avoided.

13. That by the reason of the foregoing, plaintiff, NINO GOGIA, sustained severe permanent personal injuries, became sick, sore, lame and disabled; suffered injury to her nervous system; suffered mental anguish; was confined to hospital, bed and home and may in the future be so confined; was incapacitated from attending her usual duties and vocation and may in the future be so incapacitated.

14. That by reason of the foregoing, plaintiff, NINO GOGIA, has been damaged in the sum that exceeds monetary jurisdictional limits of all lower courts in this State.

**WHEREFORE**, the plaintiff demands judgment against the defendant on the First Cause of Action in a sum which exceeds the monetary jurisdictional limits of all lower courts which would otherwise have jurisdiction in this matter limits of all lower courts in this State.

Dated: Brooklyn, New York
July 12, 2021

Yours etc.,

STEVEN SHAKHNEVICH, ESQ.
SHAKHNEVICH LAW GROUP, P.C.
Attorneys for Plaintiff(s)
2908 Emmons Avenue
Brooklyn, NY 11235
(347) 478-5100
(347) 308-5252 –fax
Info@accidentaward.com

## VERIFICATION

STATE OF NEW YORK )
                  : ss.:
COUNTY OF Kings )

_Nino Gogia_, being duly sworn, deposes and says the following:

I am the _Plaintiff_ in the within action; I have read the foregoing _Complaint_ and know the contents thereof; the same is true to my own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

Dated: _July 12, 2021_

x _N. Gog._

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF _Kings_ )

On _July 12_, 20_21_, before me personally came _Nino Gogia_ to me known to be the individual described in and who executed the foregoing instrument and acknowledged that he/she executed the same.

_____
NOTARY PUBLIC

STEVEN SHAKHNEVICH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SH6407608
Qualified in Kings County
Commission Expires June 22, 2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

NINO GOGIA,

                                        Plaintiff(s),

    - against -

WALMART INC.,

                                        Defendant(s).

---

### SUMMONS AND COMPLAINT

---

SHAKHNEVICH LAW GROUP, P.C.
Attorney for Plaintiff(s)
1733 Sheepshead Bay Rd. Suite 45
Brooklyn, NY 11235
(347) 308-7000

---

Service of a copy of the within                       is hereby admitted.

Dated,


                                *Attorney(s) for defendant(s)*

---

CERTIFICATION OF ATTORNEY

   **CERTIFICATION:** I hereby certify that all of the papers that I have served, filed or submitted to the court in this action are not frivolous as defined in subsection (s) of Section 130-1.1 of the Rules of the Chief Administrator of the Courts.

Dated: July 12, 2021

                                                       STEVEN SHAKHNEVICH, ESQ.